UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DARLA SLAGH, Ph.D.** | ) |
| Plaintiff | ) Case No. 1:22-cv-691 |
| -v- | ) |
| | ) Judge Susan J. Dlott |
| **JOSEPH HOUSE, INC.** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant Joseph House, Inc. and Plaintiff Darla Slagh, by and through counsel, stipulate and agree that this action and all claims asserted herein shall be dismissed with prejudice.  Each party shall bear its own costs.

| | |
|---|---|
| */s/ Brian J. Butler* | */s/ Mianda K. Bashala* |
| Brian J. Butler | Mianda K. Bashala (0099881) |
| bbutler@mezibov.com | mbashala@kmklaw.com |
| 615 Elsinore Place | KEATING MUETHING & KLEKAMP PLL |
| Cincinnati, OH 45202 | One East Fourth Street |
| Phone: 513.621.8800 | Suite 1400 |
| Fax: 513.621.8833 | Cincinnati, Ohio  45202 |
| | Tel. (513) 579-6400 |
| | Fax: (513) 579-6457 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing was served on all parties via the Court's CM/ECF system on August 30, 2024

                                           */s/Brian J. Butler*
                                           Brian J. Butler